No. 11-7641. Frederick Rivers, Petitioner v. Tabb Bickell, Superintendent, State Correctional Institution at Huntingdon, et al.

565 U.S. 1168, 132 S. Ct. 1117, 181 L. Ed. 2d 998, 2012 U.S. LEXIS 789, 

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-7648. James Stevenson, Petitioner v. New York Department of Correctional Services.

565 U.S. 1168, 132 S. Ct. 1137, 181 L. Ed. 2d 998, 2012 U.S. LEXIS 829.

January 17, 2012. Ppetition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-7660. Douglas S. McGlohon, Petitioner v. Campbell University, Inc.

565 U.S. 1168, 132 S. Ct. 1117, 181 L. Ed. 2d 998, 2012 U.S. LEXIS 850.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 11-7672. David Michael Wilkerson, Petitioner v. Florida.

565 U.S. 1168, 132 S. Ct. 1117, 181 L. Ed. 2d 998, 2012 U.S. LEXIS 873.

January 17, 2012. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 65 So. 3d 585.

No. 11-7683. Keonakamerah Postell, Petitioner v. McKither Bodison, Warden.

565 U.S. 1168, 132 S. Ct. 1117, 181 L. Ed. 2d 998, 2012 U.S. LEXIS 785.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 442 Fed. Appx. 833.

No. 11-7703. Steven M. Askin, Petitioner v. West Virginia.

565 U.S. 1168, 132 S. Ct. 1117, 181 L. Ed. 2d 998, 2012 U.S. LEXIS 735, 

January 17, 2012. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

No. 11-7729. Hector Jimenez-Torres, Petitioner v. United States.

565 U.S. 1168, 132 S. Ct. 1118, 181 L. Ed. 2d 998, 2012 U.S. LEXIS 864.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 11-7732. Bobby Richardson, Petitioner v. United States.

565 U.S. 1168, 132 S. Ct. 1118, 181 L. Ed. 2d 998, 2012 U.S. LEXIS 692.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 442 Fed. Appx. 37.